IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, a non-profit organization; WESTERN WATERSHEDS PROJECT, a non-profit organization; and TRAP FREE MONTANA, a non-profit organization, <br><br> Plaintiffs, <br><br> vs. <br><br> JANET BUCKNALL, in her official capacity as Deputy Administrator, U.S. Department of Agriculture APHIS-Wildlife Services; DALIN TIDWELL, in his official capacity as State Director, Wildlife Services-Montana; UNITED STATES ANIMAL PLANT AND INSPECTION SERVICE, a federal agency; TOM VILSACK, in his official capacity as Secretary of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE, a federal department; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; DEB HAALAND, in her official capacity as Secretary of the Interior; and the UNITED STATES DEPARTMENT OF THE INTERIOR, a federal department, <br><br> Defendants. | CV 23–10–M–DLC <br><br><br> ORDER |

Before the Court is Plaintiff WildEarth Guardians' motion for the admission of attorney Jennifer Rose Schwartz of WildEarth Guardians, *pro hac vice*, in the above-captioned matter.  (Doc. 2.)  It appears that Matthew K. Bishop of Western Environmental Law Center will serve as local counsel in this matter.  (*Id.* at 2–3.)  Ms. Schwartz's application (Doc. 2-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*.  L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 2) is GRANTED on the condition that Ms. Schwartz does her own work.  This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally.  Ms. Schwartz shall take steps to register in the Court's electronic filing system (CM-ECF).  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Schwartz files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 18th day of January, 2023.

_____
Dana L. Christensen, District Judge
United States District Court