UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, a non-profit organization; WESTERN WATERSHEDS PROJECT, a non-profit organization; and TRAP FREE MONTANA, a non-profit organization, <br><br>    Plaintiffs,<br><br> vs.<br><br>JANET BUCKNALL, in her official capacity as Deputy Administrator, U.S. Department Of Agriculture APHIS-Wildlife Services; DALIN TIDWELL, in his official capacity as State Director, Wildlife Services-Montana; UNITED STATES ANIMAL PLANT AND INSPECTION SERVICE, a federal agency; TOM VILSACK, in his official capacity as Secretary of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE, a federal department,<br><br>    Federal Defendants,<br><br> and<br><br>STATE OF MONTANA and MONTANA DEPARTMENT OF FISH, WILDLIFE, AND PARKS<br><br>    Defendant-Intervenors. | Case No. CV-23-010-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>**X**</u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the order dated November 7, 2024 (Doc. 69).

      Dated this 7th day of November, 2024.

                              TYLER P. GILMAN, CLERK

                              By: <u>/s/ Sarah Nagy</u>
                              Sarah Nagy, Deputy Clerk