IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS et al., a non-profit organization, *et al.,*<br><br>    Plaintiffs,<br><br>vs.<br><br>JANET BUCKNALL, as Deputy Administrator, U.S. Department of Agriculture APHIS-Wildlife Services, *et al.,*<br><br>    Federal-Defendants. | CV 23-10-M-DLC<br><br><br>ORDER |

Before the Court is the Parties' joint motion to stay briefing on Plaintiffs' motion for attorneys' fees and costs to explore settlement. (Doc. 76.) The Parties seek a stay of 90 days. (*Id.* at 1.)

Accordingly, IT IS ORDERED that the joint motion (Doc. 76) is GRANTED.

Briefing on Plaintiffs' motion for attorneys' fees, costs, and other expenses is stayed for 90 days. On or before the 90-day period runs, the parties will either: (1) request an extension of the stay period in order to continue settlement negotiations; (2) inform this Court that a settlement has been reached and file any

necessary documentation with the Court; or (3) inform the Court that a settlement agreement could not be reached and propose a briefing schedule for resolving Plaintiffs' motion for attorney fees. The briefing schedule proposed will include deadlines for Plaintiffs to file an updated and revised motion (along with new supporting memoranda, declarations, and timesheets), Federal-Defendants' response, and Plaintiffs' reply.

    DATED this 13th day of May, 2025.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court