IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | CV 23–10–M–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| JANET BUCKNALL, in her official capacity as Deputy Administrator, et al., | |
| Defendants. | |

Before the Court is a Joint Status Report and Motion to Extend Fee Deadline. (Doc. 81.) The parties seek a stay of 60 days to continue exploring settlement on Plaintiffs' Motion for Attorneys' Fees and Costs. (*Id.* at 2–3.)

Accordingly, IT IS ORDERED that the Joint Motion (Doc. 79) is GRANTED. Briefing on Plaintiffs' Motion for Attorneys' Fees and Costs is STAYED for an additional 60 days.

IT IS FURTHER ORDERED that the parties shall file a Joint Status Report by October 13, 2025, providing a status update and proposing any future actions in this case as may be appropriate, including dismissal of this action.

1

DATED this 12th day of August, 2025.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court